# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MAYERS<br><br>    Plaintiff,<br><br> v.<br><br>BRINKS, INC., LA BERNE BARBATO, LIBERTY MUTUAL INSURANCE COMPANY, RICK SEDRAKIAN, and Does 1 to 20, Inclusive<br><br>    Defendants. | Case No. CV 09-08166 MMM (PJWx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: April 22, 2009<br>Trial Date: November 16, 2010 |

BRI MAY - PROPOSED

1    IT IS HEREBY ORDERED that Plaintiff Enrique Mayers' Entire Action is
2 dismissed with prejudice.
3
4
5 DATED: April 29, 2010            By: _____*Margaret M. Morrow*_____
                                        Judge of the United States District
                                        Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRI MAY -
PROPOSED

[PROPOSED] ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

  On April 28, 2010, I served the following document(s) described as:

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE**

on the persons below as follows:

Marvin L. Mathis, Esq.
Law Offices of Marvin L. Lewis
3440 Wilshire Blvd., Suite 925
Los Angeles, CA  90010

  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

  I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 28, 2010, at Los Angeles, California.

Tisa Hunter            /s/ Tisa Hunter
Type Name             Signature

BRI MAY - PROPOSED